UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE JARVIS AUSTIN,

    Plaintiff,

v.

LINDA ZHANG, et al.,

    Defendants.

Case No. 20-cv-05445-RS

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

Plaintiff George Jarvis Austin filed a second motion for default judgment by the Court. Dkt. 78. A prior motion for default judgment, Dkt. 66, was denied as Austin did not obtain entry of default from the Clerk before filing his motion for default judgment, as required by Federal Rule of Civil Procedure 55(a). Dkt. 69. Similarly, this new motion for default judgment is also denied for failure to obtain entry of default from the Clerk. Austin should refrain from filing a motion for default judgment with the Court until after he obtains entry of default from the Clerk.[1] The Clerk will treat the pending "Second MOTION for Default Judgment by the Clerk," Dkt. 77, and "First MOTION to Amend/Correct Summons Returned Executed, Clerk's Declination of Default" Dkt. 76, as motions for entry of default, and rule on those motions separately.

---

[1] Austin may wish to seek free legal consultation by calling the Federal Pro Bono Project's Legal Help Center at 415-782-8982 or emailing FedPro@sfbar.org. Austin can speak with an attorney who will provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: December 16, 2021

_____
RICHARD SEEBORG
Chief United States District Judge