UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE JARVIS AUSTIN,

    Plaintiff,

v.

LINDA ZHANG, et al.,

    Defendants.

Case No. 20-cv-05445-RS

**ORDER TO SHOW CAUSE**

Plaintiff filed his initial complaint on August 4, 2020, and filed his operative Second Amended Complaint on February 15, 2022. Two of the named defendants, Linda Zhang and Avinash Jha, have not been served. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed R. Civ. P. 4(m). By July 14, 2022, Plaintiff is ordered to show cause why the case should not be dismissed as to Defendants Zhang and Jha for failure to prosecute.

**IT IS SO ORDERED**.

Dated: June 22, 2022

_____
RICHARD SEEBORG
Chief United States District Judge